FILED'07 NOV 01 12:29USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DARREL MOORE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Civ. No. 06-1080-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    Here, plaintiff objects to the Findings and Recommendation.

1 - ORDER

I have, therefore, given this matter de novo review. I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Clarke.

**CONCLUSION**

Magistrate Judge Clarke's Findings and Recommendation (#22) is adopted. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this / day of Nov. , 2007.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE